1  W. SCOTT QUINLAN, #101269
   Attorney at Law
2  2333 Merced Street
   Fresno, CA 93721
3  (559) 442-0634
   (559) 233-6947
4

5  Attorney for Defendant, MICHAEL WATTENBARGER

   UNITED STATES DISTRICT COURT

   EASTERN DISTRICT OF CALIFORNIA

   * * * * *

| UNITED STATES OF AMERICA, | ) | Case No CRF-06-0171 OWW |
|---|---|---|
|  | ) |  |
|  | ) | **ORDER ON MOTION** |
| Plaintiffs, | ) | **PRESERVE EVIDENCE** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| MICHAEL WATTENBARGER, et al., | ) | DATE:     June 5, 2006 |
|  | ) | TIME:     1:30 p.m. |
|  | ) | COURT:    Honorable Oliver W. Wanger |
| Defendant. | ) |  |

Defendant Michael Wattenbarger's motion to preserve evidence came on for hearing on June 5, 2006 at 1:30 p.m.  The Court having considered the motion and the argument of counsel for the parties and GOOD CAUSE APPEARING THEREFORE;

IT IS HEREBY ORDERED that all methamphetamine and marijuana seized in the above-captions case which has not as yet been disposed of be preserved pending reasonable inspection by the defense and until further order of the Court.

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:    June 8, 2006**                       /s/ Oliver W. Wanger
emm0d6                                           UNITED STATES DISTRICT JUDGE