**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL WATTENBARGER, et al.,<br><br>        Defendants. | 1:06-cr-0171 OWW<br><br>ORDER RE: REQUEST FOR CONTACT VISIT WITH DEFENDANT'S NEW BORN SON |

On November 28, 2006, Defendant's Motion to Modify the Terms and Conditions of Pre-Trial Detention came on for hearing. Plaintiff United States was represented by Laural J. Montoya, Esq., and Defendant was represented by Scott Quinlan, Esq.

Defendant contends that he has a right to allow him a contact visit with his new born son who was born November 20, 2006.  Defendant is a federal prisoner awaiting trial and is housed in the Fresno County Jail.

Although Defendant takes issue with the United States Marshal's unwillingness to allow a contact visit and argues that the Marshals do not have a duly adopted visitation policy that would justify the Marshal's refusal to permit a contact visit in light of other Bureau of Prison policy, including one that

1

encourages visiting between pre-trial detainees and family members.  For this proposition, Defendant cites 28 C.F.R. Chapter V subpart J, section 551.100 et seq.  These regulations apply to pretrial inmates transferred to the Bureau of Prisons by the Marshal's Service.

In this case, Defendant is housed in a County Jail pursuant to a contract between United States Marshal's Service and the County of Fresno for the housing of Federal pretrial detainees, as there are no detention facilities owned by the United States in the City of Fresno, where the Federal Courthouse is located.

More to the point is the failure of Defendant to provide any legal authority for Federal pretrial detainees to have contact visits, when jail administrators in facilities that house Federal pretrial detainees, determine that such visits jeopardize the security of the facility.  *Block v. Rutherford*, 468 U.S. 576, 589 (1984).  Here, it was established by the testimony of Supervising Deputy United States Marshal Douglas Moscovic, that the Fresno County Jail does not allow contact visits.  The United States Marshals Service for the Fresno Division of the Eastern District of California, does not allow contact visits by reason of the security risk raised if a detainee is permitted to make contact with another individual or that individual's clothing where weapons, contraband, or other forbidden objects could be hidden.

The Magistrate Ju-dge heard the evidence in this matter and made the finding that the United States has no control over the policies of the Fresno County Jail, the detention facility in which Defendant is housed.  The Court defers to the United States Marshal's Service, which is charged by law with assuring the

security of the Court, pretrial detainees, and all persons appearing in the Court.  There is no legal entitlement to a contact visit and Defendant has cited no law that would permit such contact.

The Magistrate Judge's order, even if not entitled to deference, is factually and legally sound.  Defendant has shown no legal authority to support his request for a modification of his pretrial detention conditions.

## CONCLUSION

For all these reasons, Defendant's Motion to Modify Conditions of Pretrial Detention to permit a contact with his new born son is DENIED.

IT IS SO ORDERED.

Dated:   **January 19, 2007**            /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE